## 21713. DAVIS v. THE STATE.

BROYLES, C. J. The evidence, while somewhat confused and unsatisfactory, authorized the jury to find that the "beer" or "mobby" (which the un-contradicted evidence showed was in the possession of the accused) was an intoxicating liquor. It follows that his conviction of the offense of possessing intoxicating liquors was authorized, and the refusal to grant him a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1931.

*J. L. Kent,* for plaintiff in error.

*J. Roy Rowland, solicitor,* contra.